UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| COREY CUNNINGHAM, III, An Individual,<br><br>          Plaintiff,<br><br>v.<br><br>EATON CORPORATION,<br><br>          Defendants. | Case No.: 3:24-cv-00050-RGE-SBJ<br><br>**FIRST AMENDED VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES FOR EMPLOYMENT DISCRIMINATION [42 U.S.C. § 2000e *et seq.*]**<br><br>**JURY TRIAL REQUESTED** |

Plaintiff COREY CUNNINGHAM, III ("COREY"), by and through his counsel, hereby states and alleges as follows:

## INTRODUCTION

1. COREY is a devout born-again Christian who believes in the inerrancy of Scripture and the teachings found in the Holy Bible. Such biblical teachings include, but are not limited to, traditional Christian teachings regarding sexuality (see, e.g., Leviticus 18:22 and 20:13; Romans 1:18-32; I Corinthians 6:9-10; and I Timothy 1:9-10) and that Jesus Christ is the only way to heaven (John 14:6).

2. In response to a companywide campaign to celebrate LGBTQ pride, COREY began wearing t-shirts which supported an opposing view, one which was in line with traditional Christian teaching.

1

3. COREY's t-shirts did not violate any company dress code and were not disparaging or harassing, but COREY was nevertheless terminated from his job after Defendant expressed disapproval of COREY's religious views.

4. COREY brings this lawsuit seeking a remedy as a result of Defendant's unlawful termination and religious discrimination.

## PARTIES

5. COREY is a citizen and resident of the United States of America and of Scott County, Iowa. At all times relevant herein, COREY was a quality manager who managed new product development of military and commercial aerospace activities prior to being fired on August 23, 2023.

6. EATON, at all times herein, was and is an "Employer" as defined by 29 U.S.C. § 203(d). EATON may sue and be sued pursuant to Iowa Code § 331.301.

7. At all times relevant herein, EATON was and is an employer within the meaning of 42 U.S.C. § 2000e-(b).

## JURISDICTION AND VENUE

8. Plaintiff refers to and hereby incorporates the foregoing paragraphs as though fully set forth herein.

9. This civil rights action raises federal questions under the laws of the United States, particularly Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*

10. This Court has original jurisdiction over Plaintiff's federal claims

pursuant to 28 U.S.C. § 1331 and 1343(a)(4) and 42 U.S.C. §§ 2000e-(5) and 2000e-(16).

11. This Court has the authority to grant the requested declaratory relief under 28 U.S.C. §§ 2201 and 2202.

12. This Court has authority to award the requested damages pursuant to 28 U.S.C. § 1343.

13. This Court has authority to award attorneys' fees under 42 U.S.C. § 1988.

14. Venue is proper in this Court under 28 U.S.C. § 1391(b) and §706(f)(3) of Title VII, 42 U.S.C. § 2000e5(f)(3). EATON CORPORATION ("EATON") is an Ohio corporation doing business in this district and division, and/or a substantial portion of the events or omissions giving rise to the claims alleged herein occurred in this judicial district.

## FACTUAL BACKGROUND

15. COREY became employed by Cobham Mission Systems in September 2019. On or about June 1, 2021, Defendant EATON acquired Cobham. COREY continued employment with EATON until August 23, 2023, as a quality manager. He was responsible for managing new product development of military and commercial aerospace activities.

16. During his employment with EATON, COREY generally received positive scores on his performance evaluations.

17. COREY also sincerely believes that the Bible condemns hatred of, and prejudice against, people. COREY has practiced this principle in all his dealings with his co-workers at EATON. COREY never discriminated against a

colleague on the basis of faith or otherwise at any point during his employment at EATON.

18. During his employment with EATON, COREY noticed that EATON was increasingly promoting a subculture of the LBGTQ+ lifestyle. Among other things, this promotion included the program known as Diversity, Equity and Inclusion (DEI) throughout the company. Managers and leaders were required to attend and support DEI trainings. On more than one occasion, COREY was required to attend such trainings. Additionally, he was singled out as one who was not supportive of what DEI promoted, namely, the LBGTQ+ subculture.

19. Through most of the months of May, June and July, 2023, EATON promoted to all of its employees through many emails and events the LBGTQ+ subculture and lifestyle, with the view that such lifestyle was to be celebrated and approved as a good thing. One example was an email sent from Craig Arnold, Chairman and CEO of EATON to all employees, but each email was addressed to and named each employed by their first name to seek to make it more directed to the employee himself or herself. This particular email stated in a segment as follows:

> "…Here are a few of the highlights of your efforts:
> "…raising the Pride flag at Eaton locations worldwide to show our support for the LGBTQ+ community…"

20. During the same general period of time prior to and leading up to a June 2023 raising of the pride flag, COREY increasingly experienced an atmosphere at EATON of a culture shift that was enveloping the workplace. One example was the commencement of Diversity Equality and Inclusion training

4

sessions. At one particular training session whereby managers were required to attend, COREY was called out in front of the group by the moderator regarding the use of "woke" pronouns. The moderator knew of COREY's Christian beliefs that conflicted with referring to a person born with one gender who now wanted to be referred to as another gender. The moderator specifically asked him about what his thoughts were (referring to co-workers by their gender identity whether or not said "identity" corresponded with said employee's sex at birth) because she could tell he was quiet and seemed to have thoughts on the subject, knowing his viewpoint differed from what was being taught in the training session. COREY being put on the spot like that caused him to feel harassed and that he was purposely being subjected to appearing as someone who was on the "outside" of the group and isolated. This incident was one of many that increasingly created an environment hostile to him as a Christian with beliefs that were contrary to what EATON was promulgating.

21. Such incidents led to the pride month ceremony initiated by and directly influenced by EATON. EATON advertised on the company informational programs in advance of the date of the ceremony in a way that made clear that everyone at EATON was strongly encouraged to attend. The ceremony included not only the raising of the pride flag during business hours, it also included the gathering of many co-workers at the flagpole, and the selling of pride t-shirts by EATON.

22. During this period of time, several top EATON executives arranged

for company meetings whereby all employees were urged to be supportive of Gay Pride wherein these top executives each wore a Pride t-shirts, also labeled "Ally" t-shirts, to show their alliance with the LBGTQ+ promotions.

23. On June 2, 2023, EATON initiated a pride month "ceremony" by, among other things, raising a pride flag in front of its main building in support of pride month. EATON also encouraged its employees to participate in the ceremony by wearing specific colors that day to show support and management had a pride-themed t-shirt designed and available for purchase by employees. This was advertised to employees by EATON's email. The culmination of the LBGTQ+ subculture's promotion of its agenda and lifestyle is the month of June, or Pride Month.

24. It was on the day of the pride ceremony and the raising of the flag that COREY wore a t-shirt with "TAKING BACK THE RAINBOW—GENESIS 9:13" on the front, and "I have set my bow in the cloud, and it shall be a sign of the covenant between me and the earth. Genesis 9:13" on the back. See Exhibit A. This was the only time he wore this particular t-shirt. COREY strongly felt a need to communicate an opposing view as a way of countering the strong promotion of the company's Gay Pride agenda. As a Bible believing Christian, COREY also desired to offer something of the truth of scripture to counter the views that were being coerced by the company on its employees.

25. COREY began wearing t-shirts on June 2, 2023, with Bible verses on them. He did this to express his sincerely held religious belief in Jesus Christ and the Bible, as he did not believe he could stand silently and idly by in response to EATON's openly hostile acts and statements that contradict Scripture. EATON's

all-encompassing urging of its employees to join in the "celebration" of what was a direct attack against the words and values of the Bible was at the same time an attack on those who hold to those words and values, including Bible-believing Christians, like COREY. He did not want even one of his co-workers to believe he approved of or "celebrated" the LBGTQ+ lifestyle that EATON was promoting.

26. One of COREY's t-shirts has printed on the front of the shirt: "Pride goes before destruction, an arrogant spirit before a fall. Proverbs 16:18." See Exhibit B.

27. Another t-shirt had printed on it: "I have set My bow in the cloud, and it shall be a sign of the covenant between Me and the earth. Genesis 9:13." See Exhibit C.

28. Another t-shirt had printed on it: "God opposes the proud but gives grace to the humble. James 4:6." See Exhibit D.

29. On July 20, 2023, COREY was asked to attend a meeting with Human Resources (HR) and his manager to discuss the scripture themed t-shirts COREY wore one day per week to work. He was told that someone "felt the shirt he was wearing was inflammatory toward the LGBTQ community." And, "it can make some people uncomfortable." At no time was he provided any policy or requirement that was being violated.

30. On July 26th a second meeting took place (the first meeting was cut short). During this meeting, COREY requested written documentation that would show what policy EATON was using to support its contention that he was violating a company policy by wearing the scripture t-shirts. It was during this meeting that EATON threatened COREY with termination from his job.

31. On or about July 27th COREY requested in writing a religious accommodation allowing him to wear the scripture t-shirts. See Exhibit E. COREY clearly explained the reasons for his request, including the following:

"…due to my deeply held religious (Christian) convictions, which run contrary to the Eaton Corporation's support and propagation of the Pride/Progress Flag, and the generally identified LGBTQ+ community.

"…the propagation of the LGBTQ+ subculture and the company's expectations of its employees to endorse and promote that subculture has grown. In 2023, there have been multiple employee communications related to celebrating "Pride" of the LGBTQ+ community. There has also been the promotion of LGBTQ+ affirming apparel and ceremonies, including the company encouraging its employees to buy LGBTQ+ affirming t-shirts that could be worn during the work day on the Eaton premises.

"…On June 1st, 2023 the Davenport facility raised the "Progress Flag" to show the company's support of the beliefs, lifestyles, and worldview of the LGBTQ+ community. This flag symbolizes to the employees and to all that pass by the company that we (the company and its employees) are in support of what the "Progress Flag" represents. My conscience is bound by God and His Word (the Bible), and therefore cannot support such philosophies and practices of our company."

8

32. On or about August 9th EATON denied COREY's request for a religious accommodation.

33. On or about August 11th COREY made a second request for religious accommodation via a 13-page letter to Crystal Dyer in Human Relations. See Exhibit F. Among other things, COREY noted that in the meeting on July 20, 2023, with HR and his Manager, he was being held to a different standard than the executives within the company. Finally, he noted to them that though he had asked that the specific company policy that he was alleged to have violated be provided to him in writing, EATON had not provided to him anything regarding what policy he had violated.

34. COREY also informed EATON in his request for accommodation on August 11, 2023, that he felt "attacked, harassed, and persecuted by my employer" while "many" EATON employees told him they "like the shirts that I am wearing"—referring to the Christian themed t-shirts.

35. On or about August 14th COREY was sent home and threatened with no pay because he would not agree to discontinue wearing the scripture t-shirts.

36. On or about August 22nd COREY was sent home again for not agreeing to discontinue wearing the scripture t-shirts.

37. On or about August 23, 2023, COREY received a "Letter of Concern" from Chris Fowler, Manager ("Fowler"). See Exhibit G. Fowler detailed COREY's alleged violation of EATON's Harassment-Free Policy.

38. EATON terminated COREY's employment on August 23, 2023,

solely on the basis of his disfavored religious beliefs as manifested on the t-shirts he wore even though he was never in violation of the dress code policy. See Exhibit H.

39. But-for COREY wearing the scripture t-shirts, EATON would not have terminated his employment.

40. EATON's unlawful actions jeopardize state and federal employment rights of every EATON employee and threatens such employees with punishment up to, and including, termination for simply exercising those rights in any manner similar to COREY's.

41. COREY brings this case to protect his state and federal rights to to freedom from religious discrimination in the workplace.

43. On November 6, 2023, Plaintiff signed and filed a formal Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC" case number 26A-2024-00218) and the Iowa Civil Rights Commission ("ICRC" case number 11-23-80977), alleging that EATON terminated him on the basis of his bona fide religious beliefs. See Exhibit I.

44. On March 29, 2024, the ICRC issued Plaintiff a Notice of Right to Sue Letter. See Exhibit J.

45. On April 9, 2024, the EEOC mailed a Notice of Right to Sue Letter to Plaintiff. See Exhibit K.

46. Plaintiff filed this Complaint less than 90 days after issuance of the Right to Sue Letters.

## SOLE CAUSE OF ACTION
### Title VII of the Civil Rights Act
### (42 U.S.C. § 2000e *et seq.*)
### Against Defendant EATON CORPORATION

47. Plaintiff refers to and hereby incorporates the foregoing paragraphs as though fully set forth herein.

48. Title VII prohibits employers from discriminating on the basis of religion. For purposes of Title VII, "(b) The term 'employer' means a person engaged in an industry affecting commerce who has fifteen or more employees for each working day in each of twenty or more calendar weeks in the current or preceding calendar year." 42 U.S.C. § 2000e-(b).

49. Defendant EATON is an "employer" under Title VII. 42 U.S.C. § 2000e-(b).

50. The term "religion," for purposes of Title VII, "includes ***all aspects of religious observance and practice***, as well as belief." 42 U.S.C. § 2000e-(j) (bold italics added).

51. Title VII plaintiffs must first exhaust their administrative remedies by first filing a charge with the EEOC.

52. Plaintiff has exhausted his administrative remedies under Title VII and received Right to Sue letters. See Exhibits I-K.

53. To establish a *prima facie* case of religious discrimination, a Title VII plaintiff "must show that: (1) he is a member of a protected class; (2) he met [the employer's] legitimate expectations; (3) he suffered an adverse employment action; and (4) [he has direct evidence of unlawful discrimination or] the circumstances give rise to an inference of discrimination. *Rooney v. Rock-Tenn*

11

*Converting Co.*, 200 F. Supp. 3d 816, 820 (W.D. Ark. 2016) (citing *Shirrell v. St. Francis Med. Ctr.*, 793 F.3d 881, 887 (8th Cir. 2015) (applying the *McDonnell Douglas* model to a Title VII religious discrimination claim)).

54. Plaintiff, as a practicing born-again Christian, is a member of a class of persons protected under Title VII.

55. COREY met all of Defendant EATON's legitimate expectations as an employee. COREY was qualified to work as a quality manager who managed new product development of military and commercial aerospace activities. EATON made no suggestion that COREY did not adequately fulfill his job duties.

56. COREY suffered an adverse employment action when EATON terminated COREY's employment on August 23, 2023.

57. COREY has direct evidence of unlawful discrimination, and the circumstances of COREY's termination also give rise to an inference of discrimination. The Termination Letter (Exhibit H) stated the reason for the termination was as follows:

> "…the wearing of apparel that disparages another employee, or group of employees, or contains negative messages targeted at certain employees or populations was against our policy and would not be permitted."

58. As clearly set forth in the t-shirts that COREY wore (see Exhibits A through D) there is not one reference that disparages or is negative towards any person or group of people.

59. EATON cannot, under the *McDonnell Douglas* framework,

articulate a legitimate, non-discriminatory reason for the adverse employment action taken against COREY. If there were "legitimate reasons offered by the employer" for the adverse employment, a Title VII plaintiff would need to show by direct evidence or indirect inference that the employer's explanations "were not its true reasons, but were a pretext for discrimination." *Grant v. City of Blytheville, Ark.*, 841 F.3d 767, 773 (8th Cir. 2016) (quoting *Reeves v. Sanderson Plumbing Prods., Inc.*, 530 U.S. 133, 143 (2000)).

60. EATON, however, cannot actually reach the level of providing a plausible pretext for COREY's termination. The Termination Letter's allegations against COREY rest upon EATON's disagreement with COREY's religious beliefs and publication, as a private citizen, thereof. EATON did COREY the courtesy of avoiding pretense because the inescapable and underlying cause of the allegations were and are COREY's state and federally protected employment rights as a private citizen. EATON's support for its termination of Plaintiff, quotes directly from COREY's scripture t-shirts as the source and summit of the allegations against COREY. But-for COREY's wearing of the scripture t-shirts expressing his religious beliefs, EATON would not have terminated COREY's employment.

61. EATON unlawfully discriminated against COREY on the basis of his religion, specifically on the basis of his religious beliefs as expressed on his scripture t-shirts, using his own personal resources, in violation of Title VII.

62. EATON's actions amount to disparate treatment in violation of Title VII.

63. EATON's actions amount to a failure of accommodation in violation

of Title VII.

64. EATON's actions amount to retaliation in violation of Title VII.

65. EATON's actions amount to a hostile work environment in violation of Title VII.

66. COREY respectfully prays the Court grant the equitable and legal relief set forth in the prayer for relief.

## PRAYER FOR RELIEF

WHEREFORE, COREY prays for judgment against EATON as follows:

67. A declaration stating that EATON violated Title VII which protects COREY's right to freedom from religious discrimination in the workplace;

68. Damages, including actual, consequential, and incidental financial losses, which shall include, but are not limited to, backpay, front pay, benefits, and other compensation, plus prejudgment interest, against EATON;

69. For compensatory damages against EATON;

70. For other and further compensatory damages against EATON in an amount according to proof at trial;

71. For non-economic damages against EATON in an amount according to proof at trial;

72. For nominal damages;

73. For attorney's fees and costs associated with bringing and maintaining this action in accordance with the law; and

74. For such other and further relief as the Court may deem proper.

Dated: August 24 2024

PACIFIC JUSTICE INSTITUTE
/s/ Robert R. Anderson
Robert R. Anderson
Attorney for Plaintiff
P.O. Box 4
Atlantic, IA 50022
(515) 382-1278
Bobandersoniowan@gmail.com

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all causes of action and claims to which he has a right to a jury trial.

/s/ Robert R. Anderson
Robert R. Anderson
Attorney for Plaintiff

## VERIFICATION

Under penalty of perjury under the laws of the State of Iowa, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief, if any, and as to those matters, and as to such matters, the undersigned verily believes the same to be true.

Date: August 24, 2024

Corey Cunningham III

15