Robert R. Anderson, Iowa State Bar No. AT9021
PACIFIC JUSTICE INSTITUTE
P.O. Box 4
Atlantic, IA 50022
Phone (515) 382-1278

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# IN AND THE FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| COREY CUNNINGHAM, III, <br> An Individual, <br><br> Plaintiff, <br><br> v. <br><br> EATON CORPORATION, <br><br> Defendant. | Case No.: 3:24-cv-00050-RGE-SBJ <br><br> **PLAINTIFF'S STATUS CONFERENCE REPORT** |

Pursuant to the Court's Order dated December 17, 2024, Plaintiff, COREY CUNNINGHAM, III, by and through his attorney Robert R. Anderson, notes to the Court that the parties have reached an agreement to settle the case and are in the process of preparing a settlement agreement.

PLAINTIFF'S STATUS REPORT

-1-

Date: April 21, 2025

     /s/ *Robert R. Anderson*
     Robert R. Anderson, Iowa State Bar No. AT9021
     PACIFIC JUSTICE INSTITUTE
     P.O. Box 4
     Atlantic, IA 50022
     Phone (515) 382-1278
     Email: Bobandersoniowan@gmail.com
     *Attorney for Plaintiff*

PLAINTIFF'S STATUS REPORT