**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

COREY CUNNINGHAM, III,

    Plaintiff,

v.                                                            Case No. 3:24-cv-00050-RGE-HCA

EATON CORPORATION,

    Defendant.

**STIPULATED DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Corey Cunningham, III and Defendant Eaton Corporation, by and through their respective undersigned counsel, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-captioned matter may be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 20th day of May, 2025.

                                                                            Respectfully submitted,

PACIFIC JUSTICE INSTITUTE                         OGLETREE, DEAKINS, NASH,
                                                                            SMOAK & STEWART, P.C.

*/s/ Robert R. Anderson*                                 */s/ Christine Bestor Townsend*
Robert R. Anderson, AT9021                        Christine Bestor Townsend, AT0012175
P.O. Box 4                                                                Pabst Boiler House
Atlantic, IA 50022                                          1243 North 10th Street, Suite 200
Telephone: 515-382-1278                         Milwaukee, Wisconsin 53205
bobandersoniowan@gmail.com              Telephone:  414-239-6400
                                                                            Facsimile:  414-755-8289
**ATTORNEY FOR PLAINTIFF**                 christine.townsend@ogletree.com

                                                                            **ATTORNEYS FOR DEFENDANT**

2

| **PROOF OF SERVICE** ||||
|---|---|---|---|
| The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on May 20, 2025, by: ||||
| ☐ | U.S. Mail | ☐ | FAX |
| ☐ | Hand Delivered | ☐ | Electronic Mail |
| ☐ | FedEx / Overnight Carrier | ☒ | CM/ECF |
| Robert R. Anderson<br>PACIFIC JUSTICE INSTITUTE<br>P.O. Box 4<br>Atlantic, IA 50022<br>Phone: (515) 382-1278<br>bobandersoniowan@gmail.com<br><br>*Attorney for Plaintiff*<br><br>*/s/ Christine Bestor Townsend* ||||

90098634.v1-OGLETREE